[No. 32983-9-I. Division One. September 5, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD
LAMAR NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-01470-4, Robert S. Lasnik, J., entered
June 28, 1993. *Affirmed* by unpublished opinion per
Grosse, J., concurred in by Kennedy, A.C.J., and Scholfield,
J. Pro Tem.

[No. 33344-5-I. Division One. September 5, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE
EDWARD HENDRICKS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-05202-1, Leroy McCullough, J., entered
August 9, 1993. *Affirmed in part* and *remanded* by unpub-
lished per curiam opinion.

[No. 33361-5-I. Division One. September 5, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. BEVERLY
R. FALKNER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-00583-7, Liem E. Tuai, J., entered August
20, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 33537-5-I. Division One. September 5, 1995.]

ALENE J. FLOYD, ET AL., *Appellants*, v. RAYMOND D.
MELTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 93-2-15781-4, Sharon S. Armstrong, J., entered
August 31, 1993. *Affirmed* by unpublished opinion per Cox,
J., concurred in by Baker, C.J., and Kennedy, J.